UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BHARTI R. BHARWANI and ROBERT A. ZIRINSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN NATIONAL CORP. and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. 16-cv-06605 |

## PRAECIPE TO ISSUE SUMMONS

To the Clerk of the Court:

    Kindly issue alias summonses in the above-captioned case to the following defendants:

        Lincoln National Corp.
        150 North Radnor-Chester Road
        Radnor, Pennsylvania 19087

        - and –

        Lincoln National Life Insurance Company
        1300 South Clinton Street
        Fort Wayne, Indiana 46802

Date: January 4, 2017                           **BARRACK, RODOS & BACINE**

                                                   By:   /s/ Jeffrey W. Golan
                                                           Jeffrey W. Golan
                                                           3300 Two Commerce Square
                                                           2001 Market Street
                                                           Philadelphia, PA  19103
                                                           (215) 963-0600

                                                          Attorneys for Plaintiffs