# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BHARTI R. BHARWANI and ROBERT A. ZIRINSKY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>LINCOLN NATIONAL CORP. and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendants.* | Civ. A. No. 16-cv-06605-GJP<br><br>CLASS ACTION |
| BARRY MUKAMAL, as Trustee of the Mutual Benefits Keep Policy Trust, and MILGRIM INVESTMENTS, LP, a New Jersey Limited partnership, on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINCOLN NATIONAL CORP. and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendants*. | Civ. A. No. 17-cv-00234-GJP<br><br>CLASS ACTION |
| US LIFE 1 RENDITEFONDS GMBH & CO. KG and US LIFE 2 RENDITEFONDS GMBH & CO. KG, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendant*. | Civil. A. No. 2:17-cv-00307-GJP<br><br>Class Action |

*(caption continued on next page)*

| | |
|---|---|
| LOWELL RAUCH and CAROL ANNE RAUCH, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>LINCOLN NATIONAL CORP. and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        *Defendants*. | Civ. A. No. 2:17-cv-00837-GJP<br><br>Class Action |

# ORDER

**AND NOW**, this 25th day of April 2017, it is hereby **ORDERED** as follows:

1. The Clerk is **DIRECTED** to change the caption of the above referenced cases to *In re: Lincoln National COI Litigation* and keep their current case numbers. Case No. 16-cv-6605 is now the lead case.

2. The Clerk of Court is **DIRECTED** to add any party appearing in the above-referenced four cases, as well as any additional case hereinafter designated by the Court to be included within this lead case, to *In re: Lincoln National COI Litigation* Case No. 16-cv-6605.

3. The Clerk of Court is **DIRECTED** to add all counsel to the Lead Case, *In re: Lincoln National COI Litigation* Case No. 16-cv-6605, who have (i) entered a notice of appearance in any of the above-referenced four cases or any additional case hereinafter designated by the Court to be included within this lead case, or (ii) been granted admission *pro hac vice* in any of the above-referenced four cases or any additional case hereinafter designated by the Court to be included within this lead case. All such counsel shall receive electronic notifications for any document filed in this lead case, *In re:*

*Lincoln National COI Litigation* Case No. 16-cv-6605, and shall be able to file documents in this lead case.

4. Any counsel seeking admission *pro hace vice*, who have not yet been granted admission, shall file their *pro hac vice* motions on the lead case, *In re: Lincoln National COI Litigation* Case No. 16-cv-6605 **only**. Counsel seeking admission *pro hac vice*, in one or more cases, only need to provide a single payment of $40.00. Once the Court grants counsel permission to appear *pro hac vice* in the lead case, *In re: Lincoln National COI Litigation* Case No. 16-cv-6605, the Clerk of Court is **DIRECTED** to deem such counsel admitted *pro hac vice* across all cases referenced on the relevant motion.

5. The parties are instructed to file all documents relevant to any of the above-referenced four cases, or any additional case hereinafter designated by the Court to be included within this lead case, **only** on the docket of *In re: Lincoln National COI Litigation* Case No. 16-cv-6605.

6. The Clerk of Court is **DIRECTED** to file and docket each filing on all dockets referenced in a document's caption.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT
United States District Judge