# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          CIVIL ACTION
LINCOLN NATIONAL COI                                 No. 16-06605
LITIGATION                                :

## <u>ORDER</u>

**AND NOW**, this 11th day of September, 2017, upon consideration of Defendants' motion to dismiss, (ECF No. 40), Plaintiffs' response, (ECF No. 44), and Defendants' reply, (ECF No. 47), it is hereby **ORDERED** that:

1.  Defendants' motion to dismiss, (ECF No. 40), is **GRANTED** as to counts five, seven, and eleven.  Plaintiffs may file an Amended Complaint with respect to counts seven and eleven on or before **September 25, 2017.**

2.  Defendants' motion to dismiss is **DENIED** as to counts one, two, three, six, eight, nine, and ten.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.