IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| LINCOLN NATIONAL COI | : | No. 16-06605 |
| LITIGATION | | |

## ORDER

**AND NOW**, this 1st day of February, 2018, it is **ORDERED** that Class Plaintiffs Motion for leave to file a Second Amended Consolidated Class Action Complaint (ECF No. 56) is **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiffs may amend their Amended Complaint to include a claim for tortious breach of good faith and fair dealing on behalf of the California Sub-Class;

2. Plaintiffs may not amend their Amended Complaint to include plaintiffs from *Tutor v. Lincoln National Corp., et al.*, No. 17-cv-04150 (E.D. Pa. Sept. 18, 2017).

Plaintiffs may file a Second Amended Consolidated Class Action Complaint consistent with this Order on or before February 15, 2018.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.