# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LINCOLN NATIONAL COI LITIGATION     No.: 16-cv-06605-GJP

## ORDER

AND NOW, this _____ Day of _____, 2019, it is hereby ORDERED and DECREED that the application for admission *pro hac vice* of Katrina Loyer, Esquire is granted and that Katrina Loyer, Esquire is admitted *pro hac vice* without restriction, for the purpose of appearing and representing Defendants Lincoln National Corporation and The Lincoln National Life Insurance Company, in this litigation.

Date:

                                                 Hon. Gerald J. Pappert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LINCOLN NATIONAL COI LITIGATION          No.: 16-cv-06605-GJP

## MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY KATRINA LOYER

Pursuant to Local Rule 83.5.2.(b) and this Court's Policy and Procedures I.D., Defendants Lincoln National Corporation and The Lincoln National Life Insurance Company hereby move for the *pro hac vice* admission of Katrina Loyer, Esquire, as counsel in this case. The undersigned is admitted to practice and is in good standing before this Court. The undersigned's appearance has been entered in this case.

This motion is required because Defendants have retained Ms. Loyer's law firm, Milbank LLP, to provide legal services in connection with the above-captioned matter. Counsel for Defendants has conferred with Counsel for Plaintiffs on the matter set forth in this motion and Plaintiffs do not object to this motion.

Attached to this motion is Ms. Loyer's affidavit. In addition, a check in the amount of $40.00 has been submitted with this motion.

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania certifies that I know (or after reasonable inquiry believe) that the applicant is a member of good standing of the state and federal courts referenced in the affidavit of Ms. Loyer and that the applicant's private and personal character is good.

Date: May 21, 2019                                    Respectfully submitted,


/s/ *Timothy D. Katsiff*
Timothy D. Katsiff (PA No. 75490)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
(215) 864-8301 (Office)
(215) 864-8999 (Facsimile)
katsifft@ballardspahr.com

*Attorneys for Defendants Lincoln National Corporation and The Lincoln National Life Insurance Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2019, a true and accurate copy of the foregoing document was served upon all parties of record through the Court's ECF filing system.

*/s/John W. Scott*
John W. Scott
