UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LINCOLN NATIONAL COI LITIGATION            No.: 16-cv-06605-GJP

AFFIDAVIT OF KATRINA LOYER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE

CITY OF NEW YORK    )
                    ) ss:
STATE OF NEW YORK   )

KATRINA LOYER, having been duly sworn and being of legal age, deposes and states as follows:

1. I am admitted to practice in the following jurisdictions:

- State of New York (Attorney ID No. 4940607; admitted May 4, 2011);
- United States District Court for the Southern District of New York (admitted May 14, 2019).

2. I am at present a member of the aforesaid bars in good standing. All of the aforesaid bar memberships are currently active.

3. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

4. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case.

5. If *pro hac vice* status is granted, I will in good faith continue to advise counsel who has moved for my *pro hac vice* admission of the current status of this case and of all material developments herein.

_____
Katrina Loyer

Subscribed and sworn before me
This 17th day of May, ~~2018~~ 2019

_____
Notary Public
My Commission Expires:

MARGARET MULCAHY
NOTARY PUBLIC, State of New York
No. 01MU4795805
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires ~~Oct. 31, 2005~~ 10/31/21