UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LINCOLN NATIONAL COI LITIGATION | No.: 16-cv-06605-GJP |
| EFG BANK AG, CAYMAN BRANCH, *et al.*, <br> *Plaintiffs*, <br> v. <br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br> *Defendant*. | No.: 17-cv-02592-GJP |

## ORDER

**AND NOW**, this 9th day of March 2020, after reviewing the Special Master's Opinion (16-06605 ECF No. 146; 17-02592 ECF No. 111), Lincoln's Objections (16-06605 ECF No. 149; 17-02592 ECF No. 113) and Plaintiffs' Response (16-06605 ECF No. 154; 17-02592 ECF No. 117), it is **ORDERED** that Lincoln's Objections (16-06605 ECF No. 149; 17-02592 ECF No. 113) are **OVERRULED** and the Special Master's Opinion (16-06605 ECF No. 146; 17-02592 ECF No. 111), is **ADOPTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.