IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LINCOLN NATIONAL COI LITIGATION | Case No.: 2:16-cv-6605 |
| IN RE: LINCOLN NATIONAL 2017 COI RATE LITIGATION | Case No.: 2:17-cv-04150 |

## ORDER

**AND NOW**, this 4th day of December 2023, upon consideration of Securities Intermediaries Movants and Beneficial Owner Movants' Motions for extension of time to request exclusion from the Settlement Class (ECFs 258 and 266 in Case 2:16-cv-6605 and ECFs 132 and 140 in Case 2:17-cv-04150), all accompanying submissions, and Lincoln's and Class Plaintiffs' Responses (ECFs 274 and 275 in Case 2:16-cv-6605 and ECFs 148 and 149 in Case 2:17-cv-04150), the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.